THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MARY NICCHIA, Appellant.

*People* v. *Nicchia*, 182 App. Div. 897, affirmed.
(Argued October 9, 1918; decided October 29, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed a judgment of the Kings County Court affirming a judgment of the Magistrate's Court of the City of New York, eighth district, borough of Brooklyn, convicting defendant of harboring dogs without license in violation of chapter 115 of the Laws of 1894, as amended by Laws of 1895, chapter 412, and Laws of 1902, chapter 495. Defendant contended that the statutes were unconstitutional in that they gave to a private corporation the power to issue licenses and to collect a tax.

*Joseph Nicchia* for appellant.

*Harry E. Lewis, District Attorney* (*William N. Dykman, Harry G. Anderson* and *J. Mayhew Wainwright* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not voting: ANDREWS, J.